PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:        dean.carter@usdoj.gov
Telephone:    (916) 554-2781
Facsimile:    (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES VERDI, | No. 2:22-CV-00484-TLN-KJN |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the parties move to amend the scheduling order issued by the Court.  ECF No. 5.

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby amends the scheduling order (ECF No. 5) and sets the deadlines in this case as follows:

| Event | Date |
|---|---|
| Initial Disclosures | February 22, 2023 |
| Fact discovery cut-off | October 30, 2023 |
| Initial expert disclosures | December 29, 2023 |
| Rebuttal expert disclosures | January 29, 2024 |
| Dispositive motion deadline | April 29, 2024 |
| Joint notice of trial readiness | May 10, 2024 |

1

2

3    DATED: January 20, 2023

4                                                    Troy L. Nunley
                                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Joint Motion to Amend
Scheduling Order